

# Fourth Court of Appeals
## San Antonio, Texas

May 6, 2020

No. 04-19-00708-CR

Imelda **BARRERA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 18-06-11255-CRSI
Honorable Federico Hinojosa, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED.

It is so **ORDERED** on May 6, 2020.

_Irene Rios_
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of May, 2020.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court